UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-779-Orl-41GJK

JESSICA TROUP,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

ABERCROMBIE & FITCH STORES, INC.,

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Jessica Troup, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: July 5, 2019

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

| | |
|---|---|
| **EISENBAND LAW, P.A.**<br>Michael Eisenband<br>Florida Bar No. 94235<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>Email: MEisenband@Eisenbandlaw.com<br>Telephone: 954.533.4092 | **EDELSBERG LAW, P.A.**<br>Scott A. Edelsberg<br>Florida Bar No. 10053719495<br>Biscayne Blvd. #607<br>Aventura, FL 33180<br>scott@edelsberglaw.com<br>Telephone: 305.975.3320 |
| **IJH LAW**<br>Ignacio J. Hiraldo<br>Florida Bar No. 0056031<br>14 NE First Ave. 10th Floor<br>Miami, FL 33132<br>Email: ijhiraldo@ijhlaw.com<br>Telephone: 786.351.8709<br>*Counsel for Plaintiff* | **SHAMIS & GENTILE, P.A.**<br>Andrew J. Shamis<br>Florida Bar No. 101754<br>14 NE 1st Ave #1205<br>Miami, FL 33132<br>Email: ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713