UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSICA TROUP,**

       **Plaintiff,**

v.                                                                     **Case No:  6:19-cv-779-Orl-41GJK**

**ABERCROMBIE & FITCH STORES, INC.,**

       **Defendant.**

                                                 /

## ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case. All pending motions are denied as moot.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record